UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**IN RE: LEONARD RIINA II,**

                                                   Bankruptcy Case Number 08 50034 pjs
                                                   Hon. Philip J. Shefferly
                                                   Chapter 7

_____

**CONTRACTOR'S PIPE & SUPPLY, INC.,**
a Michigan Corporation,

             Plaintiff,

v.                                   Adversarial Case Number 08 - 04864 pjs
                                       Hon. Philip J. Shefferly

**LEONARD RIINA II,**

             Defendant.
_____/
Robert Igrisan (P-33035)
Attorney for Plaintiff
33110 Grand River Avenue
Farmington, MI 48336-3120
(248) 442-2500
Fax (248) 442-2504

Gerald Decker (P-16642)
Attorney for Debtor
42700 Schoenherr, Suite 3
Sterling Heights, MI 48313
(586) 532-1122
_____/

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS

      UPON A READING AND Filing of this Stipulated Order and the Court being

fully advised in the premises:

IT IS HEREBY ORDERED THAT this matter be and hereby is dismissed with prejudice and without costs.

**Signed on May 29, 2009**

                                         `/s/ Phillip J. Shefferly`
                                         Phillip J. Shefferly
                                         United States Bankruptcy Judge